The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALIN MUSE, an individual,<br><br>               Plaintiff,<br>v.<br><br>HUNTLEIGH USA CORPORATION, a foreign corporation; RICHARD SPORN, an individual; DIANE GALFORD, an individual,<br><br>               Defendants. | Case No. 2:16-cv-00357-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO OBTAIN TEMPORARY STAY FOR 60 DAYS |

Having reviewed the Parties' Stipulated Motion To Obtain Temporary Stay For 60 Days requesting the temporary stay to allow the Parties to continue to participate in settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 60 days from entry of this order to enable the Parties to focus on and conduct additional settlement efforts. Within 60 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO OBTAIN TEMPORARY STAY FOR
60 DAYS - 1
2:16-cv-00357-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

of the Parties' efforts to resolve this matter. The trial date and all other deadlines in this matter are hereby vacated.

**IT IS SO ORDERED**

DATED THIS 31st day of May, 2017.

/s/ S Lasnik
Hon. Robert S. Lasnik

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

s/ Duncan C. Turner
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Email: duncanturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

s/ Daniel R. Whitmore
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

WINTERBAUER & DIAMOND, PLLC

s/ Kenneth J. Diamond
s/ Vanessa B. Chambers
Kenneth J. Diamond, WSBA #27009
Vanessa B. Chambers, WSBA #42950
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Email: ken@winterbauerdiamond.com
Email: vanessa@winterbauerdiamond.com
**Attorneys for Defendants**

MCMAHON BERGER, P.C.

s/ Stephen B. Maule
Stephen B. Maule, Bar #44209 (*Pro Hac Vice*)
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131
Email: maule@mcmahonberger.com
**Attorney for Defendants**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO OBTAIN TEMPORARY STAY FOR
60 DAYS - 2
2:16-cv-00357-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686